278

61 So.2d 861

**Brittan HALLMAN v. STATE.**

**7 Div. 191.**

Supreme Court of Alabama.

Dec. 18, 1952.

Huel M. Love and Lloyd B. Hines, Talladega, for petitioner.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Brittan Hallman for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Hallman v. State, 36 Ala.App. 592, 61 So.2d 857.

Writ denied and petition dismissed.

LIVINGSTON, C. J., and BROWN and STAKELY, JJ., concur.